JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:           Samantha_Jaffe@fd.org

Counsel for Defendant Session

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR SESSION,<br><br>Defendant. | Case No.:  CR–15-290-PJH-6/CR-17-0089-PJH-1<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS REGARDING PRELIMINARY REVOCATION HEARING**<br><br>**Court:**         Courtroom 4, 3rd Floor |

Mr. Session is set for a status regarding his preliminary hearing as to revocation before this Court on March 6, 2024. The parties jointly request a continuance of this status until Wednesday, April 17, 2024, to allow additional time to discuss a resolution. The parties agree that time should be excluded until April 17, 2024.

Initial discovery production occurred on January 30, 2024. A protective order has been agreed to and was filed, and additional discovery was produced on March 1, 2024.

Accordingly, the parties stipulate and agree to this continuance of the status to allow discovery production and discussions regarding resolution.

1
2      Dated:    March 5, 2024                    Respectfully submitted,
3
                                                  JODI LINKER
4                                                 Federal Public Defender
                                                  Northern District of California
5
                                                          /S
6                                                 SAMANTHA JAFFE
                                                  Assistant Federal Public Defender
7
8
9      Dated:    March 5, 2024
10
                                                  ISMAIL J. RAMSEY
11                                                United States Attorney
                                                  Northern District of California
12
                                                          /S/
13                                                GARTH HIRE
                                                  Assistant United States Attorney
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE STATUS
*SESSION*, CR–15-290-PJH-6/CR-17-0089-PJH-1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR SESSION, III,<br><br>Defendant. | **Case No.:** CR-15-290-PJH-6/CR-17-0089-PJH-1<br><br>**ORDER TO CONTINUE STATUS AND EXCLUDE TIME** |

    Based on the agreement of the parties in the stipulation above, the status hearing regarding preliminary hearing as to revocation set for March 6, 2024, at 10:30 a.m., is vacated. This matter is reset to April 17, 2024, at 10:30 a.m.

IT IS SO ORDERED.

Dated:   March 5, 2024



_____
THE HON. DONNA M. RYU
Chief United States Magistrate Judge